**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| **Pov Beng**,<br><br>Appellant,<br><br>v.<br><br>**Markwayne Mullin**, Secretary, Department of Homeland Security;<br><br>**Todd Blanche**, Attorney General;<br><br>**David Venturella**, Acting Director, Immigration and Customs Enforcement; and<br><br>**David Easterwood**, Acting Director, St. Paul Field Office Immigration and Customs Enforcement;<br><br>Appellees. | Case No.: 26-2738<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Daniel P. Suitor, Attorney at Law, hereby notes his appearance as counsel for Appellant Pov Beng with respect to the above-captioned matter. Counsel for Appellant makes this appearance solely for notice and filing purposes.

DATED: November 9, 2026

Respectfully submitted,

/s/ Daniel P. Suitor
Daniel P. Suitor (#0403979)
Attorney at Law
331 Second Avenue S
Ste. 400-3099



Appellate Case: 26-2738 Page: 1 Date Filed: 11/09/2026 Entry ID: 5704453

Minneapolis, MN 55401
(612) 234-2149
dan@danielsuitor.com

*Attorney for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: November 9, 2026

Respectfully submitted,

/s/ Daniel P. Suitor

Daniel P. Suitor (#0403979)
Attorney at Law
331 Second Avenue S
Ste. 400-3099
Minneapolis, MN 55401
(612) 234-2149
dan@danielsuitor.com

*Attorney for Appellant*