**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| **Pov Beng**,<br><br>Appellant,<br><br>v.<br><br>**Markwayne Mullin**, Secretary, Department of Homeland Security;<br><br>**Todd Blanche**, Attorney General;<br><br>**David Venturella**, Acting Director, Immigration and Customs Enforcement; and<br><br>**David Easterwood**, Acting Director, St. Paul Field Office Immigration and Customs Enforcement;<br><br>Appellees. | Case No.: 26-2738<br><br>**STIPULATION TO DISMISS APPEAL** |

The parties hereby agree to dismiss this appeal under Federal Rule of Appellate Procedure 42(b)(1) on the terms provided in this stipulation.

1. On August 11, 2026, the District Court for the District of Minnesota denying Petitioner-Appellant's petition, R. Doc. 8, and entered judgment on August 12, 2026. R. Doc. 9. Petitioner-Appellant timely filed a notice of appeal on August 27, 2026. R. Doc. 11.

2. On or about September 8, 2026, Appellant was removed from the United States. The Parties agree that Appellant's release, albeit in Cambodia, moots

the underlying matter. Thus, they agree that this appeal should be dismissed.

3. The Parties will bear their own costs and pay any associated court fees.

DATED: November 9, 2026

Respectfully submitted,

/s/ Daniel P. Suitor

Daniel P. Suitor (#0403979)
Attorney at Law
331 Second Avenue S
Ste. 400-3099
Minneapolis, MN 55401
(612) 234-2149
dan@danielsuitor.com

*Attorney for Appellant*

DATED: November 9, 2026

/s/ David W. Fuller

David W. Fuller
Assistant United States Attorney
Attorney ID Number 390922
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
david.fuller@usdoj.gov

*Attorney for Appellees*



Appellate Case: 26-2738 Page: 2 Date Filed: 11/12/2026 Entry ID: 5705186