**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| **Pov Beng**,<br><br>Appellant,<br><br>v.<br><br>**Markwayne Mullin**, Secretary, Department of Homeland Security;<br><br>**Todd Blanche**, Attorney General;<br><br>**David Venturella**, Acting Director, Immigration and Customs Enforcement; and<br><br>**David Easterwood**, Acting Director, St. Paul Field Office Immigration and Customs Enforcement;<br><br>Appellees. | Case No.: 26-2738<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, I electronically filed a joint Stipulation for Dismissal with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service was accomplished by the CM/ECF system.

DATED: November 12, 2026

Respectfully submitted,

/s/ Daniel P. Suitor

Daniel P. Suitor (#0403979)
Attorney at Law
331 Second Avenue S
Ste. 400-3099
Minneapolis, MN 55401
(612) 234-2149
dan@danielsuitor.com

*Attorney for Respondent*