**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 26-2738

---

Pov Beng

Petitioner - Appellant

v.

Markwayne Mullin, Secretary, Department of Homeland Security; Todd Blanche, Attorney General of the United States; David J. Venturella, Acting Director, Immigration and Customs Enforcement; David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement

Respondents - Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-03192-PAM)

---

**JUDGMENT**

Appellant's stipulation for dismissal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

November 13, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler