**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2738

Pov Beng

Appellant

v.

Markwayne Mullin, Secretary, Department of Homeland Security, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-03192-PAM)

---

**MANDATE**

In accordance with the judgment of November 13, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 13, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit